IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ISAIAH REIGN**                                                                                  **PLAINTIFF**
*ADC #129908*

v.                         CASE NO. 2:21-CV-00140-BSM-ERE

**ROOSEVELT BARTON, Captain,**
**East Arkansas Regional Unit,** *et al.*                                       **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Edie R. Ervin's proposed findings and partial recommendation [Doc. No. 18] is adopted. Defendants' motion for judgment on the pleadings [Doc. No. 7] is granted in part, and denied in part. Isaiah Reign's claims for money damages against all defendants in their official capacity are dismissed with prejudice. *See Hafer v. Melo,* 502 U.S. 21, 26 (1991) ([N]either a State nor its officials acting in their official capacities are 'persons' under § 1983") (quoting *Will v. Michigan Dep't. of State Police*, 491 U.S. 58, 71) (1971)). Reigns's claims for excessive force against Roosevelt Barton and Tevin Smith in their individual capacities are allowed to proceed. Reigns's failure-to-protect clams against Cameran Moore, Dennis Ugbaji, Leavy Watson, Terrance Daniels, and Carla Akins in their individual capacities are also allowed to proceed.

IT IS SO ORDERED this 21st day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE