# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ISAIAH REIGN**  **PLAINTIFF**
*ADC #129908*

v.  **CASE NO. 2:21-CV-00140-BSM-ERE**

**ROOSEVELT BARTON,** *et al.*  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's proposed findings and partial recommendation [Doc. No. 34] is adopted. The motion for summary judgment filed by defendants Cameran Moore, Dennis Ugbaji, Leavy Watson, and Terrance Daniels [Doc. No. 30] is granted, and Isaiah Reign's failure-to-protect claims against these defendants are dismissed, without prejudice, for failure to exhaust his administrative remedies. 42 U.S.C. § 1997(e); *Woodford v. Ngo*, 548 U.S. 81, 85 (2006). The clerk is directed to terminate Moore, Ugbaji, Watson, and Daniels as defendants to this lawsuit.

IT IS SO ORDERED this 21st day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE