# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ISAIAH REIGN**  **PLAINTIFF**
**ADC #129908**

**V.**           **NO. 2:21-cv-00140-BSM-ERE**

**ROOSEVELT BARTON,** *et al.*           **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections**

This Recommendation for the dismissal of Mr. Reign's claims has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Miller may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.   Discussion**

Isaiah Reign, formerly an Arkansas Division of Correction ("ADC") inmate, filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*.

On July 20, 2022, Defendants filed a motion to dismiss the case and to stay all pending deadlines because Mr. Reign had been released from Arkansas Division

of Correction custody but failed to update his address with the Court.[1] *Doc. 49*. The following day, the Court granted Defendants' motion in part. *Doc. 50*. The Court stayed the pending deadlines but ordered Mr. Reign to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Id.*

To date, Mr. Reign has not responded to the Court's July 21 Order, and the time to do so has passed. As a result, the Court has no way to communicate with Mr. Reign regarding this lawsuit.

### III.   Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.   Mr. Reign's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's July 21 Order; (3) update his address; and (4) prosecute this lawsuit.

2.   The Clerk be instructed to close this case.

Dated this 23rd day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Based on a review of the ADC's website, Mr. Reign is no longer in ADC custody. See https://apps.ark.org/inmate_infor/search.plp.