IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ISAIAH REIGN**  **PLAINTIFF**
*ADC #129908*

v.     CASE NO. 2:21-CV-00140-BSM

**ROOSEVELT BARTON,** *et al.*   **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervin's proposed findings and recommendation [Doc. No. 52] is adopted. Isaiah Reign's claims are dismissed without prejudice due to his failure to comply with both Local Rule 5.5(c)(2) and Judge Ervin's order issued on July 21, 2021. The clerk is directed to close this case.

IT IS SO ORDERED this 15th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE