IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ISAIAH REIGN**                                                                                         **PLAINTIFF**
*ADC #129908*

v.                              **CASE NO. 2:21-CV-00140-BSM**

**ROOSEVELT BARTON,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE